

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

### No. 02-18-00061-CV

| | | |
|---|---|---|
| LOUIS SCOMA, JR. AND SUE SCOMA, Appellants | § | On Appeal from |
| | § | County Court at Law No. 2 |
| v. | § | of Tarrant County (2016-001611-2) |
| COLLEYVILLE SPRING GARDEN TOWNHOMES RESIDENTIAL ASSOCIATION, INC., Appellee | § | January 31, 2019 |
| | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Louis Scoma, Jr. and Sue Scoma shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
Justice Mark T. Pittman